UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CASE NO.: 5:21-PO-00070-CHW |
| **MICHAEL WILLIAMS,** | : |
| **Defendant.** | : |

## O R D E R

Having considered The Motion to Dismiss filed by the United States in the above referenced matter and determining that dismissal of this charge without prejudice is in the interest of justice,

IT IS HEREBY ORDERED that the charge of operation a vehicle without insurance in the above captioned matter is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND DIRECTED, this 14th day of June, 2023.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE

Presented by: /s/Jesse P. Oakes
Jesse P. Oakes
Tennessee Bar No. 034375
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 222-0560
Jesse.Oakes@us.af.mil